RICHARD S. ARNOLD, Chief Judge,
concurring in part and dissenting in part.
I join all but part III of the Court’s opinion. With respect to the issue decided in *449 that portion of the opinion, having to do with whether KSDK’s employees were state actors for purposes of 42 U.S.C. § 1983, I respectfully dissent. In my view, the news crew acted in concert with the police in entering the Parkers’ home. They were “ ‘willful participants[s] in joint activity with the State or its agents....’” Adickes v. S.H. Kress & Go., 398 U.S. 144, 152, 90 S.Ct. 1598, 1605, 26 L.Ed.2d 142 (1970), quoting United States v. Price, 383 U.S. 787, 794, 86 S.Ct. 1152, 1156-57, 16 L.Ed.2d 267 (1966). The news crew came to the location with the police and could not have entered if the police had not done so first. They did not simply happen along the street at the time that a search was being conducted.